IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**<u>STANDING ORDER REGARDING
BRIEFING IN ALL CASES</u>**

IT IS HEREBY ORDERED this 10th day of November 2022 that the following briefing requirements shall apply IN ALL CASES where parties are represented by counsel:

**<u>Page/Word Limitations</u>.** Where page limits are specified by local rule, the parties shall use a word-count limit. For each page allowed by local rule, the parties shall use up to 250 words. For example, where the page limit specified by rule is 20 pages, the maximum number of words for a party's submission would be 5,000 (20 x 250). A certification as to the total number of words must be included in any submission.

**<u>Font</u>.** The text for all briefs, letters, motions, and concise statements of fact shall be 14-point and in Times New Roman or similar typeface. Each such filing must include a certification by counsel that the filing complies with the type, font, and word limitations set forth in this Order. The person who prepares the certification may rely on the word count of the word-processing system used to prepare the filing.

**Colors of Front Covers.** The covers of briefs filed in connection with all motions except for motions *in limine* included in a pretrial order shall be as follows:

    i.    Opening Brief – Blue

    ii.    Answering Brief – Red

    iii.    Reply Brief - Gray

_____
CHIEF JUDGE