

June 1, 2023

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re: *Jankowicz v. Fox News Network, LLC, et al.*
        C.A. No. 23-cv-513-CFC

Dear Chief Judge Connolly:

    Pursuant to D. Del. LR 81.2, the parties write to inform the Court there are no pending matters which require judicial action at this time.

    We are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully submitted,

                                    /s/ Michael J. Farnan

                                    Michael J. Farnan

cc: Counsel of Record (Via E-File)