# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NINA JANKOWICZ**, | |
| Plaintiff, | |
| v. | C.A. No. 23-513-CFC |
| **FOX NEWS NETWORK, LLC**, and **FOX CORPORATION**, | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(b)(6)
### <u>FOR FAILURE TO STATE A CLAIM</u>

Pursuant to Fed. R. Civ. P. Rule 12(b)(6), Defendants Fox News Network, LLC and Fox Corporation (the "Defendants") move to dismiss Plaintiff Nina Jankowicz's First Amended Complaint (D.I. 26), with prejudice. The grounds for this motion are set forth in Defendants' Memorandum in Support, filed herewith. A proposed form of Order is attached.

DATED: August 31, 2023

OF COUNSEL:

Eric M. George
Patrick F. Philbin
Katherine A. Petti

**ELLIS GEORGE CIPOLLONE O'BRIEN LLP**

2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
(310) 274-7100
(310) 275-5697 (Fax)

1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900
(202) 249-6899 (Fax)

egeorge@egcfirm.com
pphilbin@egcfirm.com
kpetti@egcfirm.com

**DLA PIPER LLP (US)**

  /s/ John L. Reed
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone (302) 468-5700
Facsimile (302) 394-2341
john.reed@dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendants*
*Fox New Network, LLC and*
*Fox Corporation*