# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA JANKOWICZ, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : C.A. No. 1:23-513-CFC <br> : |
| FOX NEWS NETWORK, LLC, and FOX CORPORATION, | : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION
## AND ADDRESS OF PATRICK F. PHILBIN

**TO: THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT the law firm affiliation of Patrick F. Philbin, co-counsel for defendants, Fox News Network, LLC and Fox Corporation, is now as follows:

Patrick F. Philbin
TORRIDON LAW PLLC
1155 F Street, Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

| | |
|---|---|
| DATED: January 22, 2024 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** |   /s/ Peter H. Kyle<br>John L. Reed (DE Bar No. 3023) |
| Patrick F. Philbin<br>**TORRIDON LAW PLLC**<br>1155 F Street, Suite 750<br>Washington, DC 20004<br>(202) 249-6900<br>pphilbin@torridonlaw.com | Stephanie E. O'Byrne ( DE Bar No. 4446<br>Peter H. Kyle ( DE Bar No. 5918)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>(302) 468-5700<br>(302) 394-2341 (Fax)<br>john.reed@us.dlapiper.com |
| Eric M. George<br>Katherine A. Petti<br>**ELLIS GEORGE LLP**<br>2121 Avenue of the Stars, Suite 3000<br>Los Angeles, California 90067<br>(310) 274-7100<br>(310) 275-5697 (Fax)<br>egeorge@egcfirm.com<br>kpetti@egcfirm.com | stephanie.obyrne@us.dlapiper.com<br>peter.kyle@us.dlapiper.com<br><br><br>*Attorneys for Fox News Network, LLC, and Fox Corporation* |