IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA JANKOWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-cv-513-CFC |
| ) | |
| FOX NEWS NETWORK, LLC, and ) | |
| FOX CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF NINA JANKOWICZ'S
NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to D. Del. L.R. 7.1.2(b), and in further opposition to Defendants' pending motion to dismiss, D.I. 29, Plaintiff Nina Jankowicz wishes to bring to the Court's attention the decision in *Murthy v. Missouri*, No. 23-411, 603 U.S. ___ (2024). The prior proceedings in this case were raised by Defendants and briefed by both sides on the pending motion to dismiss. *See* D.I. 30 at 9–10, 24, 29–30, D.I. 32 at 27–28, D.I. 33 at 9–11. The Supreme Court's decision, issued today and attached here as Exhibit A, vacated the preliminary injunction and held that the plaintiffs in that case lacked standing.

1

Dated: June 26, 2024                             Respectfully submitted,

                                                                   FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Rylee Sommers-Flanagan (admitted *pro hac vice*)
UPPER SEVEN LAW
1 N. Last Chance Gulch, Suite 5
Helena, MT 59601
(406) 306-0330
rylee@uppersevenlaw.com

Max Rodriguez (admitted *pro hac vice*)
Law Office of Max Rodriguez PLLC
575 5th Ave 14th Floor
New York, NY 10017
Telephone: (646) 741-6430
max@maxrodriguez.law

*Attorneys for Plaintiff*