IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NINA JANKOWICZ,

                Plaintiff,

      v.                            Civil Action No. 23-513-CFC

FOX NEWS NETWORK, LLC,
and FOX CORPORATION,

                Defendants.

---

## ORDER

At Wilmington on this Twenty-second day of July in 2024, for the reasons

set forth in the Memorandum issued on this day, it is **HEREBY ORDERED** that

Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) For Failure To

State A Claim (D.I. 29) is **GRANTED**.

_____
CHIEF JUDGE