# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA JANKOWICZ,<br><br>        Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, and FOX CORPORATION,<br><br>        Defendants. | C.A. No. 23-cv-513-CFC<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff hereby appeals to the United States Court of Appeals for the Third Circuit from the July 22, 2024 Order (D.I. 40) granting Defendants' motion to dismiss (D.I. 29), the July 22, 2024 Memorandum (D.I. 39), and all other stipulations, judgments, rulings, opinions, decisions, and orders merged therein, and all other appealable orders, rulings, and findings.

Dated: August 20, 2024

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Rylee Sommers-Flanagan (admitted *pro hac vice*)
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 306-0330
rylee@uppersevenlaw.com

Max Rodriguez (admitted *pro hac vice*)

Law Office of Max Rodriguez PLLC
575 5th Avenue, 14th Floor
New York, NY 10017
Telephone: (646) 741-6430
max@maxrodriguez.law

*Attorneys for Plaintiff*